```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Luigi Girotto,

                Plaintiff,           19 Civ. 2849 (DAB)
                                         ORDER

        -v.-


W13 Pizza LLC et. al.,

                Defendants.
---------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The above-captioned case was filed on March 29, 2019. On October 28, 2019, Plaintiff was ordered to show cause why his Complaint against Defendants should not be dismissed for failure to prosecute. To date, he has not done so.

Accordingly, this case is DISMISSED for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

SO ORDERED.

Dated:   New York, New York
         December 5, 2019

                                    _____
                                      Deborah A. Batts
                                    United States District Judge